UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENESEE COUNTY, ET AL.,

    Plaintiffs,

vs                                                                  Case No: 11-14971
                                                                 Honorable Victoria A. Roberts

FEDERAL HOUSING FINANCE AGENCY
AS CONSERVATOR FOR FEDERAL
NATIONAL MORTGAGE ASSOCIATION AND
FEDERAL HOME LOAN MORTGAGE COMPANY;
FEDERAL NATIONAL MORTGAGE ASSOCIATION;
AND FEDERAL HOME LOAN MORTGAGE COMPANY,

    Defendants.

_____/

**ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

For the reasons stated in the Court's Order of March 23, 2012, in *Oakland County, et al. v. Federal Housing Finance Agency, et al.*, No. 11-12666, (Doc. 63), Plaintiffs' motion for summary judgment is **GRANTED**. Defendants' motion for summary judgment is **DENIED.**

    **IT IS ORDERED.**

                                                S/Victoria A. Roberts
                                                Victoria A. Roberts
                                                United States District Judge

Dated: March 23, 2012

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 23, 2012.

S/Linda Vertriest
Deputy Clerk