UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENESEE COUNTY, ET AL.,

    Plaintiffs,

vs                                                Case No: 11-14971
                                                Honorable Victoria A. Roberts

FEDERAL HOUSING FINANCE AGENCY
AS CONSERVATOR FOR FEDERAL
NATIONAL MORTGAGE ASSOCIATION AND
FEDERAL HOME LOAN MORTGAGE COMPANY;
FEDERAL NATIONAL MORTGAGE ASSOCIATION;
AND FEDERAL HOME LOAN MORTGAGE COMPANY,

    Defendants.

_____/

## ORDER REGARDING MAY 10, 2012, STATUS CONFERENCE

On Thursday, May 10, 2012, the Court held a phone status conference to discuss three pending motions: (1) Plaintiffs' Motion to Amend Complaint; (2) Defendants' Motion to Certify the March 23, 2012 Order for Interlocutory Appellate Review Under 28 U.S.C. § 1292(b); and (3) Defendants' Motion to Stay Proceedings Pending the Court's Ruling on Defendants' Motion for § 1292(b) Certification and Completion of Any Resulting Activity in the Court of Appeals.

Pursuant to the Court's discussion with the parties, **IT IS ORDERED** that:

1. Plaintiff's Motion to Amend the Complaint is **GRANTED**. The Court notes that Defendants do not object to it. However, Defendants must not file new dispositive motions at this time.

2. Defendants' Motion for Certificate of Appealability is **GRANTED**. The Court will amend the March 23, 2012 Order to include the language set

forth in Defendants' Motion.

3. Defendants' Motion to Stay is **DENIED WITHOUT PREJUDICE**. By May 25, 2012, Defendants must submit in writing an explanation of how they store their sales data in various counties. They must also explain the process by which a judgment against them would be handled in the event the Enterprises go into receivership. By that same date, Plaintiffs must submit a sample of the spreadsheets it is compiling to compute damages, as well as information regarding which counties use an outside contractor to compile and store data, and how data is compiled and stored in counties that do no use an outside contractor. Plaintiffs must also state who will be responsible for compiling this damage data for all counties.

**IT IS ORDERED.**

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: May 11, 2012

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 11, 2012.

S/Linda Vertriest
Deputy Clerk