UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENESEE COUNTY, ET AL.,

    Plaintiffs,

vs                                                           Case No: 11-14971
                                                          Honorable Victoria A. Roberts

FEDERAL HOUSING FINANCE AGENCY
AS CONSERVATOR FOR FEDERAL
NATIONAL MORTGAGE ASSOCIATION AND
FEDERAL HOME LOAN MORTGAGE COMPANY;
FEDERAL NATIONAL MORTGAGE ASSOCIATION;
AND FEDERAL HOME LOAN MORTGAGE COMPANY,

    Defendants.
_____/

**AMENDED ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

    On May 10, 2012, the Court amended its Order of March 23, 2012, in *Oakland County, et al. v. Federal Housing Finance Agency, et al.*, No. 11-12666, to certify it for appeal. The Amended Order is incorporated here by reference.

    **IT IS ORDERED.**

                                                     S/Victoria A. Roberts
                                                     Victoria A. Roberts
                                                     United States District Judge

Dated: May 11, 2012

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 11, 2012.<br><br>S/Linda Vertriest<br>Deputy Clerk |